IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>IKA MUNTEANU,<br><br>Defendant. | No.: 24-802 (M) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Nicole Osterman, a Special Agent with the Department of Homeland Security Investigations, hereinafter referred to as HSI, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with HSI, Immigration and Customs Enforcement (ICE), United States Department of Homeland Security (DHS), and have been so employed since April 2023. Prior to HSI, I was employed by United States Customs and Border Protection as a Customs and Border Protection Officer from the years 2019 to 2023. I am an investigative law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516, and Title 21, United States Code Section 841 offenses. As a Special Agent (SA), my responsibilities include conducting investigations of the alleged manufacture, distribution and possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, firearm's violations, immigration violations, and other related offenses. My duties also include the enforcement of Immigration & Nationality Laws and regulations to identify, locate, apprehend, and prosecute individuals involved in the organized smuggling of aliens across the borders into the United States.

2. I have attended the Homeland Security Investigations Special Agent Training Program (HSISAT) and the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center in Glynco, Georgia. I was trained in conducting investigations related to immigration violations and human smuggling, which includes interdiction and smuggling activities. I am currently assigned to the HSI Resident Agent in Charge (RAC) Fajardo office, where investigations commonly conducted are related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code (USC).

3. Because this affidavit is submitted for the limited purpose of establishing probable cause justifying the issuance of an arrest warrant, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me. The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal, and state law enforcement officers.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On August 25, 2024, at approximately 11:14 PM, HSI Fajardo was advised of a maritime smuggling event by United States Customs and Border Protection, Marine Interdiction Agents that made an interception and stopped a small boat operating without lights and flags, with seven individuals aboard, in the United States waters near Culebra Island traveling west towards Puerto Rico mainland. The lights-out vessel was intercepted at approximately half a nautical mile south southeast of Culebrita Island.

5. The vessel was occupied by two male British Virgin Island Citizens and five Romanian Citizens. One of the individuals identified as Ika MUNTEANU, who was on aboard the unidentified vessel, was detained and interviewed by HSI Special Agents.

6. MUNTEANU's fingerprints were run through immigration databases, which revealed that MUNTEANU has previous immigration history.

7. MUNTEANU's immigration file revealed she is a French national born on September 29, 2002, and a Romanian citizen who was previously removed from the United States on one other occasion, as discussed below.

8. Immigration database records checks revealed that MUNTEANU never entered the United States legally. On July 13, 2023, MUNTEANU was ordered to be removed from the United States. On or about June 18, 2024, MUNTEANU was removed from the United States from John F. Kennedy International Airport to Warsaw Chopin Airport.

[Continued on Next Page]

## CONCLUSION

9.   Based on the foregoing facts, your affiant respectfully submits that there is probable cause to believe that Ika MUNTEANU did knowingly and unlawfully enter, and attempt to enter the United States, having previously been ordered removed from the United States, without the Attorney General of the United States, or his successor, or the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission, in violation of 8 United States Code § 1326(a).

NICOLE A OSTERMAN
Digitally signed by NICOLE A OSTERMAN
Date: 2024.08.29 14:16:15 -04'00'

Nicole Osterman, Special Agent
Homeland Security Investigations

Sworn before me pursuant to Fed. R. Crim. P. 4.1 at 4:11 PM by telephone on this 29th day of August 2024.

HONORABLE MARCOS E. LÓPEZ
United States Magistrate Judge
District of Puerto Rico

4